IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:00CR3052-3 |
| V. | ) | |
| EDUARDO HINOJOSA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's objection to probation officer's 2014 retro calculations (filing 248) is denied without prejudice because the defendant is represented by counsel.

DATED this 2nd day of September, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge