# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>Eduardo Hinojosa<br><br>Date of Original Judgment: 06/07/2001<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)　Case No: 4:00CR3052-3<br>)<br>)　USM No: 16324-047<br>)<br>)　Jessica L. Milburn<br>)　*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

　　Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　　☐ DENIED.　☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of　292　months **is reduced to**　240 months　.

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated　06/07/2001　shall remain in effect.
**IT IS SO ORDERED**.

Order Date:　11/04/2015　　　　　　　s/ Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

Effective Date:　11/01/2015　　　　Richard G. Kopf, Senior United States District Judge
　　*(if different from order date)*　　　　*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Eduardo Hinojosa
CASE NUMBER: 4:00CR3052-3
DISTRICT: District of Nebraska

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 38  Amended Total Offense Level: 36
Criminal History Category: III  Criminal History Category: III
Previous Guideline Range: 292 to 365 months  Amended Guideline Range: 240 to 293 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. ADDITIONAL COMMENTS

Filing nos. 243, 252 and 253 are granted as provided herein.